UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBERT D. WOOD,** *pro se*, **et al.,**

    **Plaintiffs,**

v.                                   **CASE NO: 8:09-CV-6-T-30AEP**

**PASCO COUNTY FLORIDA, BOARD
OF COUNTY COMMISSIONERS,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order was entered on July 8, 2009 (Dkt. #25) which dismissed the Complaint and gave the Plaintiffs twenty (20) days in which to file an Amended Complaint. The deadline for filing an Amended Complaint has passed. As the Plaintiffs have failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10(a), it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on August 18, 2009.

                                                            JAMES S. MOODY, JR.
                                                             UNITED STATES DISTRICT JUDGE

**Copies To**:
Counsel/Parties of Record

*S:\Even\2009\09-cv-6.dismissal.wpd*